BRUCE C. YOUNG, NV Bar # 5560
Email: bruce.young@lewisbrisbois.com
SCOTT H. BARBAG, NV Bar # 14164
Email: scott.barbag@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789

Attorneys for Defendants
ALLEN CRUMPLER, d/b/a ACE
DEMOLITION and TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUAN M. SANCHEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN CRUMPLER, d/b/a ACE DEMOLITION; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; DOES I-X; and ROE CORPORATIONS, I-X, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-00023-MMD-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION TO REMAND**<br><br>[First Request] |

Pursuant to Local Rule 7-1, Plaintiff JUAN M. SANCHEZ ("Plaintiff") and Defendants ALLEN CRUMPLER, d/b/a ACE DEMOLITION and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Defendants"), by and through their respective counsel of record, hereby file this stipulation to extend the time for Defendants to file their response to Plaintiff's Motion to Remand (ECF No. 7). Plaintiff's Motion to Remand (ECF No. 7) was filed and served electronically on January 9, 2018. Pursuant to Local Rule 7-2(b), the current deadline for Defendants to file and serve points and authorities in response to Plaintiff's Motion to Remand is 14 days from the date of service, or January 23, 2018.

A brief extension of 14 days to file a response, or up to and including **February 6, 2018**, is necessary because Defendants are in the process of determining if separate counsel will be necessary and the brief extension will allow sufficient time to evaluate possible conflict issues and also for separate counsel to be retained and get up to speed if it is determined that having separate counsel is appropriate. This is the Parties' first request for an extension and the Parties agree and represent that the requested extension is sought in good faith and not for purposes of unnecessary delay.

Dated: January 17, 2018

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
BRUCE C. YOUNG, ESQ.
SCOTT H. BARBAG, ESQ.

Attorneys for Defendants
Allen Crumpler, d/b/a Ace Demolition
and Travelers Property Casualty Company
of America

Dated: January 17, 2018

THE COTTLE FIRM

/s/ *Matthew Minucci*
ROBERT W. COTTLE, ESQ.
MATTHEW D. MINUCCI, ESQ.

Attorneys for Plaintiff
Juan M. Sanchez

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 17, 2018