ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
**THE COTTLE FIRM**
8635 S. Eastern Avenue
Las Vegas, Nevada 89123
(702) 722-6111
rcottle@cottlefirm.com
mminucci@cottlefirm.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUAN M. SANCHEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN CRUMPLER, d/b/a ACE DEMOLITION; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; DOES I-X; and ROE CORPORATIONS, I-X, inclusive,<br><br>Defendants. | 2:18-cv-00023-MMD-PAL |

## STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, ROBERT W. COTTLE, ESQ. and MATTHEW D. MINUCCI, ESQ. of THE COTTLE FIRM for Plaintiff; CRAIG R. DELK, ESQ. of the law firm THONDAL, BACKUS, DELK, BALKENBUSH & EISINER for Defendant Travelers Insurance; and BRUCE C. YOUNG, ESQ. of the law firm LEWIS BRISBOIS BISGAARD & SMITH, LLP, for Defendant

. . .

. . .

. . .

1

Allen Crumpler d/b/a Ace Demolition that the action, *Sanchez v. Crumpler, et al.*, Case No. 2:18-cv-00023-MMD-PAL, is dismissed in its entirety with prejudice, each party to bear its own costs and attorney fees.

By executing this Stipulation and Order, the parties do not thereby waive their rights as to any other pending or future litigation.

DATED this 10th of May, 2018.                               DATED this 10th of May, 2018.


By  s/ *Robert W. Cottle*                                         By s/ *Craig R. Delk*
Robert W. Cottle, Esq.                                              Craig R. Delk, Esq.
Nevada Bar No. 4576                                                Nevada Bar No. 2295
THE COTTLE FIRM                                                 THORNDAL, ARMSTRONG, DELK,
8635 South Eastern Avenue                                     BALKENBUSH & EISINGER
Las Vegas, Nevada 89123                                       1100 E. Bridger Avenue
*Attorneys for Plaintiff*                                              Las Vegas, Nevada 89101
                                                                                Attorneys for Defendant
                                                                                TRAVELERS PROPERTY CASUALTY
                                                                                COMPANY OF AMERICA


DATED this 10th day of May, 2018.


By  s/ *Bruce C. Young*
Bruce C. Young, Esq.
Nevada Bar No. 5560
LEWIS BRISBOIS BISGAARD
& SMITH, LLP
6385 S. Rainbow Blvd., #600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*ALLEN CRUMPLER d/b/a*
*ACE DEMOLITION*


**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** May 10, 2018